IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY
CRIMINAL DIVISION
CASE NO. 86-030610

STATE OF FLORIDA,
    Plaintiff,

v.

KRISHNA MAHARAJ
    Defendant.
_____)

## ORDER REGARDING RECORDS - MEJIA

On the defense *Motion*, it is hereby ordered that the defense has the right to discovery of any information relating to the investigation of criminal activity by **Jaime Vallejo Mejia**, whose relevant information is as follows:

a. **Date of Birth**: November 14, 1934

b. **Colombian Passport Number**: AB259389

c. **Colombian ID**: CC 0004492707

d. **U.S SSN**: 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

e. **Place of Birth**: Colombia

f. **Height**: 5'9 1/2" (in 1989)

g. **Weight**: 154lbs (in 1989)

h. **Listed U.S addresses include**:

    i. 300 Biscayne Blvd, apt 1014 Miami, FL 33131

    ii. 100 SE First Street, Unit 42, Miami No 42 FL 33131

    iii. 100 SE First Street, Unit 35, Miami No 42 FL 33131

STATE OF FLORIDA, COUNTY OF MIAMI DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office
AUG 2 7 2014
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

      iv.    1500 S Dixie Hwy Fl 2nd, Miami Fl 33146

      v.    9995 SW 72nd St, Miami Fl 33173

      vi.    13562 SW 109 Place, Miami Fla. 33176

      vii.    PO Box 160697, Miami Fla, 33116

The following agencies are therefore ordered to search their files and databases for material concerning the listed subject as it relates to his involvement or apparent involvement in crime:

1. Federal Bureau of Investigation
2. Drug Enforcement Agency☐
3. U.S. Marshall Service☐
4. Department of Justice
5. Department of Homeland Security (U.S. Border Patrol)
6. Department of Homeland Security (U.S. Customs)☐

The agencies shall provide a copy to Benedict P. Kuehne or his assign, at 100 S.E. 2nd Street, Suite 3550, Miami Fl. 33131 (tel: 305 789 5989) and a copy to Penny Brill, Office of the State Attorney, 1350 N.W. 12th Avenue, Miami, FL. 33136-2111.

Done this 26 day of August, 2014.

_____
WILLIAM THOMAS, CIRCUIT JUDGE



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY
CRIMINAL DIVISION
CASE NO. 86-030610

STATE OF FLORIDA,
    Plaintiff,

v.

KRISHNA MAHARAJ
    Defendant.
_____)

## ORDER REGARDING RECORDS - ZULUAGA

On the defense *Motion*, it is hereby ordered that the defense has the right to discovery of any information relating to the investigation of criminal activity by **Manuel Guillermo Zuluaga Salazar aka Cuchilla**, whose relevant information is:[1]

**1. Date of Birth:** c. 1959.

**2. Place of birth:** La Estrella, Antioquia, Medellin.

**3. Died:** Kidnapped in el Poblado, Medellin, Nov. 1992, presumed dead in that month, reputedly by being fed into a sugar cane threshing or wood chipping machine.

**4. Major shareholder** in the *Deportivo Independiente Medellin y Envigado* soccer team.

**5. Other identifying information:** Zuluaga was allegedly involved in the murder of cooperating witness Barry Seal in February 1986, in Baton Rouge, Louisiana. Additionally, on 21 August 1989 the Antioquia police seized the farm of Zuluaga in Rionegro, called *Finca Inversiones Taba Ltda* as part of the criminal forfeiture proceedings. Zuluaga bought the land

1

and built a luxury hacienda from the profits of his illegal activities as a lieutenant of the Medellin cartel.

The following agencies are therefore ordered to search their files and databases for material concerning the listed subject as it relates to his involvement or apparent involvement in crime:

1. Federal Bureau of Investigation
2. Drug Enforcement Agency☐
3. U.S. Marshall Service☐
4. Department of Justice
5. Department of Homeland Security (U.S. Border Patrol)
6. Department of Homeland Security (U.S. Customs)☐

The agencies shall provide a copy to Benedict P. Kuehne or his assign, at 100 S.E. 2nd Street, Suite 3550, Miami Fl. 33131 (tel: 305 789 5989) and a copy to Penny Brill, Office of the State Attorney, 1350 N.W. 12th Avenue, Miami, FL. 33136-2111.

Done this ____ day of August, 2014.

_____
WILLIAM THOMAS, CIRCUIT JUDGE

---

[1] Note that this Guillermo Zuluaga should not be confused with the Zuluaga with date of birth February 4, 1953, who was arrested in Colombia in 2011, facing extradition to the US.

2



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY
CRIMINAL DIVISION
CASE NO. 86-030610

STATE OF FLORIDA,
   Plaintiff,

v.

KRISHNA MAHARAJ
   Defendant.
_____)



### ORDER REGARDING RECORDS - MILLAN

On the defense *Motion*, it is hereby ordered that the defense has the right to discovery of any information relating to the investigation of criminal activity by **Jhon Henry Rodriguez Millan a.k.a. el Chino**, whose relevant information is as follows:

**Date of Birth**: August 2, 1969

**Place of Birth**: Colombia.

The following agencies are therefore ordered to search their files and databases for material concerning the listed subject as it relates to his involvement or apparent involvement in crime:

1. Federal Bureau of Investigation
2. Drug Enforcement Agency☐
3. U.S. Marshall Service☐
4. Department of Justice
5. Department of Homeland Security (U.S. Border Patrol)
6. Department of Homeland Security (U.S. Customs)☐

STATE OF FLORIDA, COUNTY OF MIAMI DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office
AUG 28
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
JACQUELINE SANCHEZ 7615

The agencies shall provide a copy to Benedict P. Kuehne or his assign, at 100 S.E. 2nd Street, Suite 3550, Miami Fl. 33131 (tel: 305 789 5989) and a copy to Penny Brill, Office of the State Attorney, 1350 N.W. 12th Avenue, Miami, FL. 33136-2111.

Done this ____ day of August, 2014.

_____
WILLIAM THOMAS, CIRCUIT JUDGE

2



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY
CRIMINAL DIVISION
CASE NO. 86-030610

STATE OF FLORIDA,
    Plaintiff,

v.

KRISHNA MAHARAJ
    Defendant.
_____)

## ORDER REGARDING RECORDS - DAMES

On the defense *Motion*, it is hereby ordered that the defense has the right to discovery of any information relating to the investigation of criminal activity by **Eddie Alric Dames**, whose relevant information is as follows:

a. **Date of Birth:** July 17, 1951☐

b. **Place of Birth:** Abaco, Bahamas☐

c. **Nationality:** Bahamian.☐

d. **Listed addresses:** Bel Aire Estates, Nassau, Bahamas, Tel: 809-328-5157

The following agencies are therefore ordered to search their files and databases for material concerning the listed subject as it relates to his involvement or apparent involvement in crime:

1. Federal Bureau of Investigation
2. Drug Enforcement Agency☐
3. U.S. Marshall Service☐
4. Department of Justice



1

5. Department of Homeland Security (U.S. Border Patrol)

6. Department of Homeland Security (U.S. Customs)☐

The agencies shall provide a copy to Benedict P. Kuehne or his assign, at 100 S.E. 2nd Street, Suite 3550, Miami Fl. 33131 (tel: 305 789 5989) and a copy to Penny Brill, Office of the State Attorney, 1350 N.W. 12th Avenue, Miami, FL. 33136-2111.

Done this ____ day of August, 2014.

_____
WILLIAM THOMAS, CIRCUIT JUDGE

2