UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21965-CIV-MARTINEZ
MAGISTRATE JUDGE ALICIA-OTAZO-REYES

KRISHNA MAHARAJ,

        Petitioner,

vs.

JULIE L. JONES,
Florida Department of Corrections; et al.,

        Respondents.
_____/

**MOTION BY MEMBERS OF HOUSE OF COMMONS AND HOUSE OF LORDS
FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONER**

The undersigned amici (identified in the list that follows the counsel signature block at the end of this motion) request this Court's leave to submit the amici curiae brief that accompanies this motion. The brief summarizes international norms on post-conviction review of claims of actual innocence—a topic that is pertinent to the hearing this Court will be conducting in this case. The brief does not repeat points that Petitioner is likely to make.

**INTEREST AND IDENTITY OF AMICI**

Krishna Maharaj was a successful South London businessman. In 1987, a Florida state court convicted him of murdering Derrick and Duane Moo Young and sentenced him to death. His sentence was reduced to life imprisonment in 2002 and he will not be eligible for parole until he is 102 years old. He is now 78 years old and he will die in prison unless he is granted relief.

Mr Maharaj's post-conviction lawyers have assembled definitive proof that he is innocent and that an assassin working for a Columbian drug lord murdered the Moo Youngs. In March 2017, the Eleventh Circuit Court of Appeals granted Mr. Maharaj a new hearing to consider this evidence. Amici anticipate that the state may raise procedural arguments that

assert this evidence should not be heard. Such arguments are illogical. The investigation that unearthed the proof of Mr. Maharaj's innocence took his lawyers deep into the bowels of a violent drug cartel and constitutes extraordinary diligence. But setting aside that illogic, amici submit their brief to articulate why procedural arguments should be secondary to the merits of Mr. Maharaj's proof of his innocence. Amici describe in their brief international norms regarding post-conviction proof of innocence that support hearing Mr. Maharaj's proof of innocence on its merits.

Amici are Members of Britain's House of Commons and of its House of Lords, the two chambers that constitute its Houses of Parliament. When Mr. Maharaj travelled to Miami in the 1980s on the ill-fated journey that resulted in his conviction, he did so under a passport in which Britain requested the states through which he passed to "afford the bearer such assistance and protection as may be necessary." To assist and protect Mr. Maharaj, these parliamentarians urge this Court to hear his claim of actual innocence based on his evidence, which is akin to what would happen under the international norms that amici detail in their brief. That is amici's interest in this hearing.

## LEAVE TO FILE THE AMICUS BRIEF SHOULD BE GRANTED

This Court has broad discretion to permit the filing of an *amicus* brief. *City of Marietta v. CSX Transportation, Inc.*, 196 F.3d 1300, 1304 (11th Cir. 1999). Participation by amici can be valuable and alert the Court to the broader community concerns that a particular case raises. *Resort Timeshare Resales, Inc. v. Stuart*, 764 F.Supp. 1495, 1501 (S.D. 1991). Moreover, movant's counsel has conferred with the parties and no party objects to this motion.

Amici believe their brief will assist the Court and on that basis seek this Court's leave to file it.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Raymond A. Cardozo, one of the counsels for the moving parties, hereby certifies that he has conferred with counsel for all parties regarding this request for leave to file an amicus brief, and no party has objected or stated any intent to oppose the filing of the proposed amici curiae brief.

Dated: May 21, 2018.                    Respectfully submitted,

By   */s/ Edward M. Mullins*
Edward M. Mullins (FL SBN 863920)
emullins@reedsmith.com
Christina D. Olivos (FL SBN 119580)
colivos@reedsmith.com
Raymond A. Cardozo (*pro hac vice* pending)
rcardozo@reedsmith.com
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida  33131
Telephone:  786.747.0200
Facsimile:   786.747.0299

Of Counsel:
Michael Skrein
Gautam Bhattacharyya
Catherine Johnson
Charlotte Stewart-Jones
REED SMITH LLP
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
England

Kaitlin J. Hanigan
Charles P. Hyun
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

- 4 -

**Amici Signatories:**

**Members of the House of Commons:**

Debbie Abrahams
Peter Aldous
Hilary Benn
Luciana Berger
Sir Peter Bottomley
Alan Brown
Chris Bryant
Sir Vince Cable
Maria Caulfield
Bambos Charalambous
Joanna Cherry
Ann Clwyd
Mary Creagh
Jon Cruddas
Sir Edward Davey
Martin Docherty-Hughes
Julie Elliott
Vicky Ford
Barry Gardiner
Ruth George
Roger Godsiff
John Grogan
Harriet Harman
Helen Hayes
Lady Hermon
Julian Knight
David Lammy
Chris Law
Sir Oliver Letwin
Clive Lewis
Tony Lloyd
Jonathan Lord
Caroline Lucas
Shabana Mahmood
Christian Matheson
Kerry McCarthy
John McDonnell
Lisa Nandy
Stephen Pound
Mark Pritchard
Yasmin Qureshi
Joan Ryan
Antoinette Sandbach
Tommy Sheppard
Angela Smith
Karl Turner

- 5 -

Stephen Twigg
Chris Williamson
Sammy Wilson
Edward Miliband
Tom Brake
Ben Bradshaw

**Members of the House of Lords:**

Lord Ashdown
Baroness Bakewell
Lord Balfe
Lord Bird
Baroness Blackstone
Lord Bishop of Durham
Lord Cashman
Lord Collins
Baroness Corston
Lord Bishop of Chelmsford
Lord Crisp
Lord Desai
Lord Bishop of Chester
Baroness Garden
Lord Griffiths
Earl of Listowel
Baroness Harris
Lord Haskins
Lord Haworth
Baroness Hayman
Baroness Healy
Lord Hodgson
Lord Hollick
Lord Holmes
Lord Bishop of Worcester
Lord Inglewood
Lord Bishop of Norwich
Baroness Jolly
Baroness Jones
Lord Judd
Baroness Kennedy
Lord Kennedy
Lord Kinnock
Lord Knight
Baroness Lister
Lord McNally
Baroness Miller
Baroness Morris
Baroness Neuberger
Lord Newby
Baroness Quin

Lord Ramsbotham
Lord Rea
Lord Rennard
Earl of Sandwich
Lord Shipley
Lord Bishop of St Albans
Baroness Stern
Lord Swinfen
Lord Taverne
Lord Tope
Lord Triesman
Baroness Walmsley
Baroness Warsi
Baroness Wolf
Lord Wood
Lord Wallace
Lord Macdonald
Lord Bishop of Worcester
Lord Carlile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

By  */s/ Edward M. Mullins*
    Edward M. Mullins