UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21965-CIV-MARTINEZ/AOR

KRISHNA MAHARAJ,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, Julie L. Jones,
Secretary, SOUTH FLORIDA
RECEPTION CENTER, Jose Colon,
Warden, FLORIDA ATTORNEY
GENERAL, Pam Bondi,

      Respondents.

_____ /

## ORDER

THIS CAUSE came before the Court upon Plaintiff Krishna Maharaj's ("Petitioner")

Second Petition for a Writ of Habeas Corpus by a Prisoner in State Custody [D.E. 1]. This matter

was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez,

United States District Judge [D.E. 5]. It is

ORDERED AND ADJUDGED that an Evidentiary Hearing is hereby SET for

**Thursday, October 17, 2019 at 10:00 AM at the United States District Court, 301 North**

**Miami Avenue, Miami, Florida, Tenth Floor.**

The Evidentiary Hearing shall be limited to Petitioner's *Brady* Claims, as to which the

Eleventh Circuit allowed Petitioner to file a successive 28 U.S.C. § 2254 petition for a writ of

habeas corpus. The Eleventh Circuit described the *Brady* claims as follows:

> In Claims 2(c)-(f), Mr. Maharaj alleges that the State suppressed materials or
> information from five individuals who could testify that a [drug] cartel hit man
> actually committed the murders [of the Moo Youngs]. See *Brady v. Maryland*,
> 373 U.S. 83 (1963) . . . The alleged Brady material includes four pieces of

evidence regarding information from five individuals about the Moo Young murders.   First, a federal informant and former pilot for [drug cartel leader Pablo] Escobar known by pseudonym as "John Brown" provided information that in 1986, when the murders occurred, Escobar told him that "El Chino" or "Los Chinos" had stolen from him. Escobar stated that he had "El Chino" or "Los Chinos" killed at a hotel, which Brown understood to be the Dupont Plaza Hotel.  Mr. Maharaj alleges that Brown also would attest that "Cuchilla" was one of Escobar's assassins. Second, a man named Jorge Maya, an "enforcer" for the cartel, provided information that the victims were murdered by the cartel.  Specifically, Jorge stated that his brother, Luis Maya, had spoken with Escobar, who explained that the Moo Youngs were stealing from him.  On Escobar's orders, Luis Maya paid Cuchilla, the hit man "who came to Miami to oversee the murders." DE 1, attachment 1 (Second Pet. for Writ of Habeas Corpus) at 163.   Third, Mr. Maharaj's new evidence includes an affidavit from Jhon Jairo Velasquez Vasquez (known as "Popeye"), one of Escobar's lieutenants at the time of the murders, explaining that Escobar ordered the Moo Young murders and Cuchilla carried them out.  According to Popeye, Escobar had the Moo Youngs killed because they were stealing from him. Fourth, Mr. Maharaj alleges that an additional witness who insists on anonymity, "Witness A," came forward in 2016 to state that he can provide evidence of a conversation between two cartel members, Juan Lopez and Jhon Henry Millan. During this conversation, Millan stated that the Moo Youngs were working for Escobar. When Lopez asked what happened to the victims, Millan replied, "The truth is people were sent to skin [pelar] them." DE 1, attachment 1-2 (Second Pet. for Writ of Habeas Corpus) at 194-95.

See Order [D.E. 63-1 at 4-5].

Accordingly, the undersigned will limit the Evidentiary Hearing to the foregoing claims.

DONE AND ORDERED in Chambers at Miami, Florida this 13ᵗʰ day of September, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Jose E. Martinez
        Counsel of Record

2