UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-21965-CIV-MARTINEZ/AOR

KRISHNA MAHARAJ,

       Petitioner,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, Julie L. Jones,
Secretary, et al.

       Respondents.

_____

**MOTION BY UK ALL PARTY PARLIAMENTARY GROUP ON
HUMAN RIGHTS AND ALL PARTY PARLIAMENTARY GROUP
ON THE ABOLITION OF THE DEATH PENALTY FOR LEAVE
TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PETITIONER**

    The undersigned amici request this Court's leave to submit the amici curiae brief that accompanies this motion. The brief respectfully requests, and provides basis for the request, that the Court rule expeditiously on the Government's Appeal of the Magistrate Judge's Order Setting Evidentiary Hearing (DE108) (the "Government's Appeal") and move forward with the hearing that the Magistrate Judge ordered.

**INTEREST AND IDENTITY OF AMICI**

    Krishna Maharaj was a successful South London businessman. In 1987, a Florida state court convicted him of murdering Derrick and Duane Moo Young. Mr. Maharaj has been fighting to prove his innocence ever since. On September 13, 2019, the Magistrate Judge issued an Order permitting Mr. Maharaj an evidentiary hearing and setting the hearing for October 17, 2019 (the "Order"). The Government then sought to reschedule the hearing and appealed the Order.

Amici are the All Party Parliamentary Human Rights Group and the All Party Parliamentary Group on the Abolition of the Death Penalty. These Groups are composed of Members of the United Kingdom's House of Commons and of its House of Lords, including Parliamentarians from all of the major UK political parties. Those parliamentarians include in their number two former Directors of Public Prosecutions. In light of Petitioner's advanced age and failing health, these parliamentarians are concerned that the Government's tactics will delay the evidentiary hearing that the Magistrate Justice has ordered to the point that Mr. Maharaj will die before he ever receives his day in court. Amici have a keen interest in ensuring that their fellow British citizen does not suffer the cruel fate of justice delayed becoming justice denied. Such is amici's interest in urging the Court to expedite the appeal and to allow the evidentiary hearing to move forward without any further undue delay. Amici describe in their brief the reasons why this Court should do so.

## LEAVE TO FILE THE AMICI BRIEF SHOULD BE GRANTED

This Court has broad discretion to permit the filing of an *amicus* brief. *City of Marietta v. CSX Transportation, Inc.*, 196 F.3d 1300, 1304 (11th Cir. 1999). Participation by amici can be valuable and alert the Court to the broader community concerns that a particular case raises. *Resort Timeshare Resales, Inc. v. Stuart*, 764 F.Supp. 1495, 1501 (S.D. Fla. 1991). Amici believe their brief will assist the Court and on that basis seek this Court's leave to file the amici curiae brief.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Raymond A. Cardozo, one of the attorneys for the moving parties, hereby certifies that he has conferred with counsel for all parties regarding this request for leave to file an amici brief, and no party has objected or stated any intent to oppose the filing of the proposed amici curiae brief.

Dated: November 05, 2019.        Respectfully submitted,

By */s/ Edward M. Mullins*

- 3 -

                                                                 Edward M. Mullins (FBN: 863920)
                                                                 emullins@reedsmith.com
                                                                 Raymond A. Cardozo (*pro hac vice*)
rcardozo@reedsmith.com
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: 786.747.0200
Facsimile: 786.747.0299

Of Counsel:
Michael Skrein
Gautam Bhattacharyya
Catherine Lewis
Charlotte Stewart-Jones
REED SMITH LLP
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
England

Addison DiSesa
Tessa Lessner
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

**Amici Signatories:**

Ann Clwyd MP

on behalf of the All Party Parliamentary Human Rights Group

Baroness Stern

Mark Pritchard MP

on behalf of the All Party Parliamentary Group on the Abolition of the Death Penalty

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

By */s/ Edward M. Mullins*
Edward M. Mullins