# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 11, 2022

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303



Re:  Krishna Maharaj
    v. Ricky D. Dixon, Secretary, Florida Department of Corrections, et al.
    No. 22-239
    (Your No. 20-14816)
     17-cv-21965-JEM

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk