UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  17-21965-CIV-MARTINEZ-OTAZO-REYES

KRISHNA MAHARAJ,

    Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, WARDEN, SOUTH FLORIDA RECEPTION CENTER, FLORIDA ATTORNEY GENERAL

    Respondents.
_____/

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

**THIS MATTER** came before the Court on remand from the Eleventh Circuit's Opinion, (ECF No. 151), on this Court's Order denying Petitioner Krishna Maharaj's second or successive federal habeas petition for habeas corpus relief, (ECF No. 133).  When Maharaj filed a second or successive habeas petition, the Eleventh Circuit granted him leave to raise a *Brady* claim based on evidence that an alleged cartel associate, Jamie Vallejos Mejia, was under investigation for money laundering at the time of the murders, and on certain material that allegedly would have derived from that evidence.  (ECF No. 151 at 6).  Maharaj did not receive authorization to bring a sub-claim based on testimony of a CIA informant, Baruch Vega.  (*Id.*).

This Court denied habeas corpus relief and issued a certificate of appealability on "whether the Mejia indictment and/or information from Baruch Vega could be imputed to the prosecution for purposes of establishing possession and suppression by the prosecution under *Brady*; and (2) if so, whether this information would have changed the outcome of the verdict in light of the

1

deference to be afforded under the AEDPA." (*Id.* at 7; *see also* ECF No. 133 at 22). Maharaj appealed this Court's Order on his habeas corpus petition. (ECF No. 137).

On appeal, the Eleventh Circuit concluded that this Court did not err in finding that the state court did not unreasonable apply *Brady* or make unreasonable findings of fact. (ECF No. 151 at 8). But the Eleventh Circuit held that this Court lacked jurisdiction to review the merits of Maharaj's *Brady* claim as it related to Vega's testimony, much less certify it for appeal, because such review was outside the scope of the Eleventh Circuit's grant of leave to file a successive habeas petition. (*Id.* at 8). Accordingly, the Eleventh Circuit vacated in part this Court's order granting a certificate of appealability and remanded the case to this Court with instructions to dismiss the remainder of the appeal for lack of jurisdiction. (*Id.* 12). Therefore, it is hereby

**ORDERED AND ADJUDGED** that the remainder of Maharaj's appeal is dismissed for lack of jurisdiction, consistent with the Eleventh Circuit's opinion on the appeal of this Court's Order denying his petition for writ of habeas corpus.

**DONE AND ORDERED** in Miami, Florida, this 18th day of October, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record